**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JOHN PATAKY and DEBRA RUBIN
PATAKY,

     Plaintiffs,

v.

                                  **Case No: 3:15-cv-00723-HLA-JBT**

COLLEGE BOARD and
EDUCATIONAL TESTING
SERVICE,

     Defendants.

_____/

**DEFENDANT THE COLLEGE BOARD'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant the College Board makes the

following disclosure:  the College Board is a not-for-profit organization that has no corporate

parent, and no publicly held corporation owns 10% or more of its stock.

Dated: July 2, 2015

                                    Respectfully submitted,

                                    */s/ John P. Marino*_____
                                    John P. Marino (FBN 814539)
                                    EMAIL:  jmarino@sgrlaw.com
                                    Kristen W. Bracken (FBN 92136)
                                    EMAIL: kbracken@sgrlaw.com
                                    SMITH, GAMBRELL & RUSSELL, LLP
                                    50 N. Laura Street, Suite 2600
                                    Jacksonville, FL  32202
                                    Telephone:   904-598-6100
                                    Facsimile:    904-598-6300

                                    Attorneys for Defendants the College Board and
                                    Educational Testing Service

### CERTIFICATE OF SERVICE

I certify that on July 2, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is also being served on this day on the counsel of record as indicated below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF system:

Richard J. Lantinberg (FBN 956708)
Norwood S. Wilner (FBN 222194)
EMAIL: rlantinberg@wilnerfirm.com
EMAIL: nwilner@wilnerfirm.com
The Wilner Firm
444 East Duval Street, 2nd Floor
Jacksonville, FL 32202
Tel.: (904) 446-9817
Fax: (904) 446-9825

Janine Pollack
Thomas H. Burt
EMAIL:  pollack@whafh.com
EMAIL:  burt@whafh.com
WOLF HALENDSTEIN ADLER FREEMAN
& HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: 212-545-4710
Facsimile:  212-545-4677

Chuck Farah, Esq. (FBN 0870080)
EMAIL: cfarah@farahandfarah.com
Farah & Farah
10 West Adams St.
Jacksonville, FL 32202
Tel: (904) 396-5555

Attorneys for Plaintiffs

/s/ John P. Marino
Attorney

2