# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JOHN PATAKY and DEBRA RUBIN PATAKY,

    Plaintiffs,

v.                                           **Case No: 3:15-cv-00723-HLA-JBT**

COLLEGE BOARD and
EDUCATIONAL TESTING SERVICE,

    Defendants.

_____/

## DEFENDANT EDUCATIONAL TESTING SERVICE'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Educational Testing Service ("ETS") makes the following disclosure: ETS is a not-for-profit organization that has no corporate parent, and no publicly held corporation owns 10% or more of its stock.

Dated: July 2, 2015

                                                Respectfully submitted,

                                                */s/ John P. Marino*
                                                John P. Marino (FBN 814539)
                                                EMAIL: jmarino@sgrlaw.com
                                                Kristen W. Bracken (FBN 92136)
                                                EMAIL: kbracken@sgrlaw.com
                                                SMITH, GAMBRELL & RUSSELL, LLP
                                                50 N. Laura Street, Suite 2600
                                                Jacksonville, FL  32202
                                                Telephone:   904-598-6100
                                                Facsimile:   904-598-6300

                                                Attorneys for Defendants the College Board and Educational Testing Service

## CERTIFICATE OF SERVICE

I certify that on July 2, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is also being served on this day on the counsel of record as indicated below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF system:

>Richard J. Lantinberg (FBN 956708)
>Norwood S. Wilner (FBN 222194)
>EMAIL: rlantinberg@wilnerfirm.com
>EMAIL: nwilner@wilnerfirm.com
>The Wilner Firm
>444 East Duval Street, 2nd Floor
>Jacksonville, FL 32202
>Tel.: (904) 446-9817
>Fax: (904) 446-9825
>
>Janine Pollack
>Thomas H. Burt
>EMAIL:  pollack@whafh.com
>EMAIL:  burt@whafh.com
>WOLF HALENDSTEIN ADLER FREEMAN
>& HERZ LLP
>270 Madison Avenue
>New York, NY 10016
>Telephone: 212-545-4710
>Facsimile:  212-545-4677
>
>Chuck Farah, Esq. (FBN 0870080)
>EMAIL: cfarah@farahandfarah.com
>Farah & Farah
>10 West Adams St.
>Jacksonville, FL 32202
>Tel: (904) 396-5555
>
>Attorneys for Plaintiffs

>*/s/ John P. Marino*
>Attorney