**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JOHN PATAKY and DEBRA RUBIN
PATAKY,

    Plaintiffs,

v.

COLLEGE BOARD and
EDUCATIONAL TESTING
SERVICE,

    Defendants.

_____/

**Case No: 3:15-cv-00723-HLA-JBT**

**DEFENDANTS THE COLLEGE BOARD AND EDUCATIONAL
TESTING SERVICE'S AGREED MOTION AND SUPPORTING
<u>MEMORANDUM FOR EXTENSION TO RESPOND TO COMPLAINT</u>**

Defendants, the College Board and Educational Testing Service ("ETS") (collectively "Defendants"), move for entry of an order extending the deadline to respond to Plaintiffs' Class Action Complaint ("Complaint") through August 7, 2015. Defendants state as follows in support of this agreed motion:

    1.    On June 17, 2015, Plaintiffs' Complaint was served on ETS.

    2.    On June 21, 2015, Plaintiffs' Complaint was served on the College Board.

    3.    Defendants have twenty-one days to respond to Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i). Defendants' responses to Plaintiffs' Complaint are therefore currently due on July 8, 2015 and July 13, 2015, respectively.

4. Plaintiffs have agreed to a short extension of time for Defendants to respond to Plaintiffs' Complaint so that Defendants can investigate Plaintiffs' claims and prepare a response.

5. The requested extension will not delay this case or prejudice any party.

6. The requested extension will not affect proceedings on the Motion for a Preliminary Injunction filed by Plaintiffs with this Court on June 30, 2015.

7. Defendants' counsel has conferred with Plaintiffs' counsel regarding the requested extension. Plaintiffs' counsel agrees to the requested extension.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 6(b)(1)(A) provides: "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A).

Accordingly, the Court has the discretion and authority to control its docket and grant extensions of time for the filing of pleadings for good cause. *See* Fed. R. Civ. P. 6(b)(1)(A).; *see also J.D. Pharm. Distrib., Inc. v. Save-On Drugs and Cosmetics Corp.*, 893 F.2d 1201, 1209 (11th Cir. 1990); *Verizon Trademark Svcs. LLC v. The Producers, Inc.*, Case No. 8:10-CV-665-T-33EAJ, 2010 WL 3368790, at *1 (M.D. Fla. Aug. 24, 2010).

As established above, good cause exists for, and no party will be prejudiced by, the requested extension.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Defendants' counsel has conferred with Plaintiffs' counsel regarding the extension of time requested by this motion pursuant to Local Rule 3.01(g). Plaintiffs' counsel agrees to the requested extension.

WHEREFORE, Defendants request that the time to respond to Plaintiffs' Complaint be extended through August 7, 2015, together with such further relief as the Court deems proper.

Dated: July 2, 2015

        Respectfully submitted,

        */s/ John P. Marino*
        John P. Marino (FBN 814539)
        EMAIL:  jmarino@sgrlaw.com
        Kristen W. Bracken (FBN 92136)
        EMAIL: kbracken@sgrlaw.com
        SMITH, GAMBRELL & RUSSELL, LLP
        50 N. Laura Street, Suite 2600
        Jacksonville, FL  32202
        Telephone:   904-598-6100
        Facsimile:    904-598-6300

        Attorneys for Defendants the College Board and Educational Testing Service

## CERTIFICATE OF SERVICE

I certify that on July 2, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is also being served on this day on the counsel of record as indicated below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF system:

>Richard J. Lantinberg (FBN 956708)
>Norwood S. Wilner (FBN 222194)
>EMAIL: rlantinberg@wilnerfirm.com
>EMAIL: nwilner@wilnerfirm.com
>The Wilner Firm
>444 East Duval Street, 2nd Floor
>Jacksonville, FL 32202
>Tel.: (904) 446-9817
>Fax: (904) 446-9825
>
>Janine Pollack
>Thomas H. Burt
>EMAIL: pollack@whafh.com
>EMAIL: burt@whafh.com
>WOLF HALENDSTEIN ADLER FREEMAN
>& HERZ LLP
>270 Madison Avenue
>New York, NY 10016
>Telephone: 212-545-4710
>Facsimile: 212-545-4677
>
>Chuck Farah, Esq. (FBN 0870080)
>EMAIL: cfarah@farahandfarah.com
>Farah & Farah
>10 West Adams St.
>Jacksonville, FL 32202
>Tel: (904) 396-5555
>
>Attorneys for Plaintiffs

*/s/ John P. Marino*
Attorney