UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM JOHN PATAKY
AND DEBRA RUBIN PATAKY,

    Plaintiffs,

    v.                                            Case No.: 3:15-cv-723-J-25JBT

THE COLLEGE BOARD and
EDUCATIONAL TESTING SERVICE,

    Defendants

-------------------------------------------------------------/

**PLAINTIFF'S MOTION FOR HEARING ON
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
(Request for Hearing Prior to July 24, 2015)**

Plaintiffs, WILLIAM JOHN PATAKY and DEBRA RUBIN PATAKY move this court pursuant to Rule 65, Fed. R. Civ. P., for a hearing on their Motion for Preliminary Injunction against defendants and state:

1.    This action seeks redress arising out of a flawed administration of a standardized test (the SAT test) sold by Defendants to college bound students throughout the United States. As set forth in Plaintiff's Motion for Preliminary Injunction (filed June 30, 2015, Doc. 5) Plaintiffs seek, *inter alia*, a retest of the SAT to be administered before October 2015.

2.    In light of the time sensitive nature of the relief sought, Plaintiff seeks a hearing on this matter at the court's earliest convenience. The undersigned Plaintiff's counsel (Richard J. Lantinberg) is out of the country commencing July 25 and requests, if possible, hearing before July 24, 2015.

3.    A hearing will permit the parties to more fully present to the court the factual

and legal reasons supporting the relief requested.

DATED: July 8, 2015

Respectfully submitted,

        THE WILNER FIRM

        /s/ Richard J. Lantinberg, Esq.
        _____
        RICHARD J. LANTINBERG
        Florida Bar No. 956708
        NORWOOD S. WILNER
        Florida Bar No. 222194
        444 East Duval Street, 2d Floor
        Jacksonville, Florida 32202
        Tel: (904) 446-9817
        Fax: (904) 446-9825

        and

        Janine Pollack
        Pollack@whafh.com
        Thomas H. Burt
        Burt@whafh.com
        WOLF HALDENSTEIN ADLER
        FREEMAN & HERZ LLP
        270 Madison Avenue
        New York, NY 10016
        Tel: (212) 545-4710
        Fax: (212) 545-4677

        and

        Farah & Farah
        Charles E. Farah, Esq.
        10 West Adams St.
        Jacksonville, Florida 32202
        Tel: (904) 396-5555

        **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record this *8th* day of June 2015.

/s/ Richard J. Lantinberg
---------------------------------------
Attorney