UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN PATAKY and DEBRA RUBIN
PATAKY,

    Plaintiffs,

v.

                          Case No: 3:15-cv-00723-LA-JBT

COLLEGE BOARD and
EDUCATIONAL TESTING
SERVICE,

    Defendants.

_____/

**DEFENDANTS' RESPONSE TO MOTION FOR HEARING ON
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

    Defendants the College Board and Educational Testing Service respectfully submit this response to Plaintiffs' Motion for Hearing on Plaintiffs' Motion for Preliminary Injunction.

    Defendants do not oppose Plaintiffs' request for a hearing, but respectfully submit that Defendants' pending motion to transfer this action to the United States District Court for the Eastern District of New York should be granted prior to this Court's consideration of any substantive motion.

    This case is one of three putative class actions filed around the country, each arising from the June 6, 2015 administration of the SAT. Plaintiffs in this case filed a motion for a preliminary injunction on June 30, 2015, seeking injunctive relief on behalf of the putative class of test takers and their parents asserted in the complaint. Dkt. 4. On

1

July 7, Defendants filed a motion to transfer this action to the United States District Court for the Eastern District of New York ("E.D.N.Y."), where the first of the three putative class actions was filed. Dkt. 13. As Defendants explain in that motion, transfer of this action to the E.D.N.Y. serves the parties' and the courts' interest by eliminating the need for duplicative proceedings in three separate districts.[1] Immediate transfer is particularly appropriate here, as the plaintiff in the E.D.N.Y. has also filed a motion for a preliminary injunction requesting injunctive relief on behalf of a materially identical putative class. A conference on that motion is scheduled for July 15.

Plaintiffs' motion for a preliminary injunction will be fully briefed on July 14, and Plaintiffs have requested a hearing before this Court on or before July 24. They have taken no position on Defendants' motion to transfer the case. Defendants respectfully submit that, for the reasons set forth in their motion, immediate transfer of this action to the E.D.N.Y.—so that the district judge in that district can consider the two pending requests for injunctive relief in tandem—is the most efficient, prudent, and just course here.

For these reasons, Defendants respectfully request that any oral argument on the preliminary injunction motion should occur only after the Court has ruled on the pending motion to transfer.

---

[1] Defendants have also moved to transfer a similar case from the District of New Jersey to the Eastern District of New York, *Whalen v. Educational Testing Service*, No. 15-4210 (D.N.J.), and have moved the Judicial Panel on Multidistrict Litigation to transfer all related actions to the Eastern District of New York, *In re Educational Testing Service June 6, 2015, SAT Printing Error Litig.*, MDL No. 2658.

Dated:  July 8, 2015

                                                  Respectfully submitted,

*/s/ John P. Marino*_____
John P. Marino (FBN 814539)
EMAIL: jmarino@sgrlaw.com
Kristen W. Bracken (FBN 92136)
EMAIL: kbracken@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone: 904-598-6100
Facsimile: 904-598-6300

Attorneys for Defendants the College Board
and Educational Testing Service

## **CERTIFICATE OF SERVICE**

I certify that on July 8, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is also being served on this day on the counsel of record as indicated below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF system:

      Richard J. Lantinberg (FBN 956708)
      Norwood S. Wilner (FBN 222194)
      EMAIL: rlantinberg@wilnerfirm.com
      EMAIL: nwilner@wilnerfirm.com
      The Wilner Firm
      444 East Duval Street, 2nd Floor
      Jacksonville, FL 32202
      Tel.: (904) 446-9817
      Fax: (904) 446-9825

      Janine Pollack
      Thomas H. Burt
      EMAIL:  pollack@whafh.com
      EMAIL:  burt@whafh.com
      WOLF HALENDSTEIN ADLER FREEMAN
      & HERZ LLP
      270 Madison Avenue
      New York, NY 10016
      Telephone: 212-545-4710
      Facsimile:  212-545-4677

      Chuck Farah, Esq. (FBN 0870080)
      EMAIL: cfarah@farahandfarah.com
      Farah & Farah
      10 West Adams St.
      Jacksonville, FL 32202
      Tel: (904) 396-5555

      Attorneys for Plaintiffs

                      */s/ John P. Marino*
                        Attorney