**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WILLIAM JOHN PATAKY
AND DEBRA RUBIN PATAKY,

    Plaintiffs,

    v.                                        Case No.: 3:15-cv-723-J-25JBT

THE COLLEGE BOARD and
EDUCATIONAL TESTING SERVICE,

    Defendants

------------------------------------------------------------/

**PLAINTIFF'S NOTICE OF WITHDRAWING**
**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, WILLIAM JOHN PATAKY and DEBRA RUBIN PATAKY hereby withdraw their Motion for Preliminary Injunction (Doc. 5) against Defendants and state:

1.    This matter is one of several seeking injunctive and monetary relief from the Defendants arising out of a flawed administration of a standardized test (the SAT test) sold by Defendants to college bound students throughout the United States.

2.    Pending before the Judicial Panel on Multidistrict Litigation is a motion to transfer this action, together with one other related action to the District Court for the Eastern District of New York, *Ellinghaus v. Educational Testing Service, Inc., et al.*, Case No. 2:15-3442 (Central Islip Division). Plaintiffs have conferred with Defendants and will consent to a transfer and consolidation of this matter with the *Ellinghaus* matter.[1]

---

[1] While Plaintiffs do not oppose transfer to the EDNY they do oppose the "MDL" motion.

3.      For the efficiency of the court and the parties, Plaintiffs, hereby withdraw their Motion for Preliminary Injunction (Doc. 5) without prejudice, in favor of a similar or identical motion to be filed before the District Court in the consolidated *Ellinghaus v. Educational Testing Service, Inc.* matter.

DATED: July 14, 2015

Respectfully submitted,

                        THE WILNER FIRM

                        /s/ Richard J. Lantinberg, Esq.
                        _____
                        RICHARD J. LANTINBERG
                        Florida Bar No. 956708
                        NORWOOD S. WILNER
                        Florida Bar No. 222194
                        444 East Duval Street, 2d Floor
                        Jacksonville, Florida 32202
                        Tel: (904) 446-9817
                        Fax: (904) 446-9825
                              and
                        Janine Pollack
                        Pollack@whafh.com
                        Thomas H. Burt
                        Burt@whafh.com
                        WOLF HALDENSTEIN ADLER
                        FREEMAN & HERZ LLP
                        270 Madison Avenue
                        New York, NY 10016
                        Tel: (212) 545-4710
                        Fax: (212) 545-4677
                              and
                        Farah & Farah
                        Charles E. Farah, Esq.
                        10 West Adams St.
                        Jacksonville, Florida 32202
                        Tel: (904) 396-5555

                        **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record this ___*14th*__ day of June 2015.

/s/ Richard J. Lantinberg
---------------------------------------
Attorney

O:\L\APP\SAT Lawsuit\Pleadings\Drafts\PrelimInjunction.wpd