**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WILLIAM JOHN PATAKY
AND DEBRA RUBIN PATAKY,

    Plaintiffs,

    v.                            Case No.: 3:15-cv-723-J-25JBT

THE COLLEGE BOARD and
EDUCATIONAL TESTING SERVICE,

    Defendants

-----------------------------------------------------------/

**PLAINTIFF'S *(amended)*[1] NOTICE OF WITHDRAWING**
**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

    Plaintiffs, WILLIAM JOHN PATAKY and DEBRA RUBIN PATAKY hereby withdraw their Motion for Preliminary Injunction (Dkt. 4) against Defendants and state:

    1.    This matter is one of several seeking injunctive and monetary relief from the Defendants arising out of a flawed administration of a standardized test (the SAT test) sold by Defendants to college bound students throughout the United States.

    2.    Pending before the Judicial Panel on Multidistrict Litigation is a motion to transfer this action, together with one other related action to the District Court for the Eastern District of New York, *Ellinghaus v. Educational Testing Service, Inc., et al.*, Case No. 2:15-3442 (Central Islip Division). Plaintiffs have conferred with Defendants and consent to Defendants' motion pursuant to 28 U.S.C. § 1404(a), which is currently pending before this Court (Dkt. 13),

---

[1] Amended to reflect Plaintiff's position regarding transfer pursuant to 28 U.S.C. § 1404(a),

to transfer the matter to the Eastern District of New York and consolidate it with the *Ellinghaus* matter (Case No. 2:15-cv-03442-SJF-AKT)[2]

3. For the efficiency of the court and the parties, Plaintiffs, hereby withdraw their Motion for Preliminary Injunction (Dkt. 4) without prejudice, in favor of a similar or identical motion to be filed before the District Court in the consolidated *Ellinghaus v. Educational Testing Service, Inc.* matter.

DATED: July 14, 2015

Respectfully submitted,

> THE WILNER FIRM
>
> */s/ Richard J. Lantinberg, Esq.*
> _____
> RICHARD J. LANTINBERG
> Florida Bar No. 956708
> NORWOOD S. WILNER
> Florida Bar No. 222194
> 444 East Duval Street, 2d Floor
> Jacksonville, Florida 32202
> Tel: (904) 446-9817
> Fax: (904) 446-9825
>         and
> Janine Pollack
> Pollack@whafh.com
> Thomas H. Burt
> Burt@whafh.com
> WOLF HALDENSTEIN ADLER
> FREEMAN & HERZ LLP
> 270 Madison Avenue
> New York, NY 10016
> Tel: (212) 545-4710
> Fax: (212) 545-4677
>             and

---

[2] While Plaintiffs do not oppose transfer to the EDNY they do oppose the "MDL" motion.

>Farah & Farah
>Charles E. Farah, Esq.
>10 West Adams St.
>Jacksonville, Florida 32202
>Tel: (904) 396-5555
>
>**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record this ___14th__ day of July 2015.

>*/s/ Richard J. Lantinberg*
>--------------------------------------
>Attorney

*O:\L\APP\SAT Lawsuit\Pleadings\Drafts\AmendedNWithdrawPI.wpd*